HACKETT, Appellant, v. VIEW et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Mary E. Hackett against George H. View and others.

PER CURIAM. Upon filing stipulation, and other papers in this action, ordered that all proceedings herein be stayed until 30 days after the hearing and decision by the Court of Appeals of the appeal pending in that court in the action of Emerick v. Hackett, 189 N. Y. —, 82 N. E. 1126.